IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH MACASTLE JACKSON, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MARK BOWEN, ) <br> ) <br> Respondent. ) | No. CIV-22-83-C |

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Petition for Writ of Habeas Corpus filed herein, the Report and Recommendation of the Magistrate Judge, as well as Petitioner's objection thereto, and the Court's accompanying Order filed this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus be and the same is hereby dismissed without prejudice.

DATED this 12th day of April 2022.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge